**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 25-10469 |
| HELBIG COMMUNITY DEVELOPMENT § | |
| CORPORATION § | |
| *Debtor* § | |
| § | CHAPTER 11 |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3016 AND 3017(a)**

STELLAR BANK, formerly known as Allegiance Bank, a secured creditor and party-in-interest in the above entitled and numbered cause, hereby requests that all notices given or required to be given in this case, be given to and served upon it through its counsel, at the following address:

> Ted L. Walker
> THE WALKER FIRM
> 125 N. Main Street
> P.O. Box 62
> Jasper, Texas 75951
> twalker@walker-firm.com
> (409) 384-8899

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules including, without limitation, notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone or otherwise.

This Notice does not constitute a waiver by STELLAR BANK of (a) any right to trial by jury in any proceeding so triable in these cases or any proceedings, cases or controversies related to these cases, or (b) any other rights, claims, actions, defenses, set-offs and recoupments to which STELLAR BANK may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs or recoupments are expressly reserved. Similarly, this Notice is not proof of claim (either formal or informal), the filing of which could, under certain circumstances, constitute a consent to the equity jurisdiction of this Court to hear and determine certain types of claims not otherwise within this Court's jurisdiction that have been or could be asserted by the Debtor.

Dated: October 7, 2025

Respectfully submitted,

By: */s/ Ted L. Walker*
Ted L. Walker
State Bar No. 20733100
*Attorney in Charge*

OF COUNSEL:

THE WALKER FIRM
P.O. Box 62
Jasper, Texas 75951
twalker@walker-firm.com
(409) 384-9899
(409) 384-8899 (facsimile)
*Attorney for Creditor Stellar Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded on the 7th day of October, 2025 by ECF and/or facsimile and/or First Class Mail U.S. Mail, to:

2

Helbig Community Development Corporation
3495 Roland Rd
Beaumont, Texas 77708
409-284-3826
(*Pro Se* )

U.S. Trustee
US Trustee
Office of the U.S. Trustee
110 N. College Ave. Suite 300
Tyler, Texas 75702
(903) 590-1450


                                                 */s/ Ted L. Walker*
                                                 Ted L. Walker

R:\ALLEGIANCE BANK\ASTELLAR BANK\63-74 Helbig Community Development\BR-25-10469\Work\NoticeofAppearance.doc

3